ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
Angela W. Woolridge
Assistant U.S. Attorney
Arizona State Bar No. 022079
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: angela.woolridge@usdoj.gov
Attorneys for Plaintiff

FILED

2019 FEB -6 PM 4: 46

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR19-00338 TUC-JGZ(JR)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>vs.<br><br>Marco Antonio Peralta-Vega,<br><br>  Defendant. | **I N D I C T M E N T**<br>Violation:<br><br>18 U.S.C. § 554(a), 22 U.S.C. § 2778, and 22 C.F.R. §§ 121.1 and 123.1<br>(Smuggling Goods From the United States)<br>Count 1<br><br>18 U.S.C. §§ 924(d) and 981(a)(1)(C)<br>Forfeiture Allegation |

**THE GRAND JURY CHARGES:**

<u>**COUNT ONE**</u>

Between on or about March 2016 and December 2018, at or near Nogales, Tucson, Phoenix, and elsewhere within the District of Arizona, MARCO ANTONIO PERALTA-VEGA knowingly exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, to wit: two Colt .38 caliber handguns, one Ceska Zbrojovka 9 mm handgun, 2,649 high capacity rifle magazines, 120 Ballistic Body Armor plates, 100 rounds of .50 caliber BMG ammunition, 3,500 rounds of 5.7mm ammunition, 8,000 rounds of 7.62 caliber ammunition, 4,000 rounds of 5.56 caliber ammunition; 6,000 rounds of 2.23 caliber

ammunition, 3,100 rounds of .38 Super ammunition, 3,000 rounds of 9mm ammunition, 1,500 rounds of 10mm ammunition, 2,000 rounds of 380 Auto ammunition, 2,000 rounds of 5.45 caliber ammunition, 3,000 rounds of .45 ACP caliber ammunition, and 1,000 rounds of .357 caliber ammunition; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 22, United States Code, Section 2778; Title 22, Code of Federal Regulations, Part 121.1; and Title 22, Code of Federal Regulations, Part 123.1; in violation of Title 18, United States Code, Section 554(a).

## FORFEITURE ALLEGATION

Upon conviction of Count One of this Indictment, the defendant, MARCO ANTONIO PERALTA-VEGA, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to: two Colt .38 caliber handguns, one Ceska Zbrojovka 9 mm handgun, 100 rounds of .50 caliber BMG ammunition, 3,500 rounds of 5.7mm ammunition, 8,000 rounds of 7.62 caliber ammunition, 4,000 rounds of 5.56 caliber ammunition; 6,000 rounds of 2.23 caliber ammunition, 3,100 rounds of .38 Super ammunition, 3,000 rounds of 9mm ammunition, 1,500 rounds of 10mm ammunition, 2,000 rounds of 380 Auto ammunition, 2,000 rounds of 5.45 caliber ammunition, 3,000 rounds of .45 ACP caliber ammunition, and 1,000 rounds of .357 caliber ammunition.

Upon conviction of Count One of this Indictment, the defendant, MARCO ANTONIO PERALTA-VEGA, shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation, including but not limited to: $9,538 in U.S. currency and $24,620 in Mexican pesos.

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred

or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

All pursuant to Title 18, United States Code, Sections 924(d) and 981(a)(1)(C); Title 28, United States Code, Section 2461(c); and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
───────────────────
Presiding Juror

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

**REDACTED FOR PUBLIC DISCLOSURE**

/s/

Assistant U.S. Attorney

Dated: February 6, 2019