```
                    UNITED STATES DISTRICT COURT

                        DISTRICT OF ARIZONA


United States of America,    )
                             )
            Plaintiff,       )
                             )
vs.                          )   CR-19-00338-TUC-JGZ-JR
                             )
Marco Antonio Peralta-Vega,  )
                             )   Tucson, Arizona
            Defendant.       )   May 7, 2021
_____)   9:55 a.m.


             TRANSCRIPT OF EVIDENTIARY HEARING
         BEFORE THE HONORABLE JENNIFER G. ZIPPS
                UNITED STATES DISTRICT JUDGE
```

For the Plaintiff:
    Ms. Angela W. Woolridge
    U.S. Attorney's Office
    405 West Congress Street, Suite 4800
    Tucson, AZ  85701

For the Defendant:
    Ms. Diana Erendira Castillo-Reina
    Law Practice of Erendira Castillo
    P.O. Box 86644
    Tucson, AZ  85754

Proceedings recorded by mechanical stenography, transcript produced by computer.

              Aaron H. LaDuke, RMR, CRR
            Federal Official Court Reporter
                405 W. Congress St.
               Tucson, Arizona  85701

P R O C E E D I N G S

THE CLERK: In criminal matter 19-338, United States of America versus Marco Antonio Peralta-Vega, on for evidentiary hearing.

Counsel, please state your appearances.

MS. WOOLRIDGE: Good morning, Your Honor. Angela Woolridge appearing telephonically on behalf of the United States.

THE COURT: Good morning.

MS. CASTILLO-REINA: Good morning, Your Honor. Erendira Castillo-Reina on behalf of Mr. Marco Antonio Peralta-Vega. Your Honor, we have waived his presence for purposes of this hearing.

THE COURT: Thank you. Good morning.

So, counsel, you each submitted briefing on the issues. It appears that you have discussed the matter and reached some agreements, and I have the proposed preliminary order of forfeiture that the government has submitted.

And, Ms. Castillo, you have that as well?

MS. CASTILLO-REINA: Yes, ma'am.

THE COURT: Is there any objection to the Court's entry of that preliminary order?

MS. CASTILLO-REINA: No, Your Honor. We'll be submitting objections to the preliminary order prior to the sentencing for purposes of sentencing.

1  THE COURT: And the objections to the preliminary
2  order, are those in the nature of the legal arguments that you
3  raised in your brief?
4  MS. CASTILLO-REINA: Yes, ma'am.
5  THE COURT: All right. So there aren't factual
6  challenges. It's a question of whether or not it would be
7  appropriate to require the defendant to pay certain sums.
8  MS. CASTILLO-REINA: That's correct, Your Honor.
9  THE COURT: All right. So my intention then would be
10 to sign the preliminary order of forfeiture. I believe we're
11 set for sentencing in June, mid-June.
12    And then if, Ms. Castillo, you file your objections in
13 sufficient time that the government can file a response, we
14 can go forward on that June date with sentencing.
15    To the extent that the arguments have already been made,
16 I don't mind having an abbreviated statement of the arguments
17 with reference to an earlier document, as long as there's a
18 brief statement of what the argument is.
19 MS. CASTILLO-REINA: Thank you, ma'am.
20 THE COURT: So is there anything further we need to
21 address today?
22 MS. CASTILLO-REINA: I don't believe so, Your Honor.
23 THE COURT: Anything from the government?
24 MS. WOOLRIDGE: No, Your Honor.
25 THE COURT: All right. So I will sign and enter the

1  preliminary order of forfeiture.  And I hope you have a nice
2  weekend.  Thank you.
3          MS. WOOLRIDGE:  Thank you.  I hope you do the same.
4          MS. CASTILLO-REINA:  Thank you, Your Honor.
5          THE COURT:  We'll stand at recess.
6          MS. CASTILLO-REINA:  Thank you.
7      (Court recessed at 9:57 a.m.)

C E R T I F I C A T E

        I, Aaron H. LaDuke, do hereby certify that I
reported the foregoing proceedings to the best of my skill
and ability, and that the same was transcribed by me via
computer-aided transcription, and that the foregoing pages
of typewritten matter are a true, correct, and complete
transcript of all the proceedings had, as set forth in the
title page hereto.
        Dated this 27th day of October, 2021.


                              _____s/Aaron H. LaDuke_____
                              Aaron H. LaDuke, RMR, CRR
                              Official Court Reporter