UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 19-CR-00338 |
| vs. | ) | |
| | ) | Tucson, Arizona |
| Marco Antonio Peralta-Vega, | ) | February 22, 2019 |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**TRANSCRIPT OF PROCEEDINGS**
**ARRAIGNMENT**

BEFORE THE HONORABLE BRUCE G. MACDONALD
UNITED STATES MAGISTRATE JUDGE
TUCSON, ARIZONA

**<u>APPEARANCES</u>**

For the Government:
    Ryan DeJoe
    United States Attorneys Office
    405 West Congress Street, Suite 4800
    Tucson, Arizona 85701

For the Defendant:
    Yendi Castillo-Reina
    Federal Public Defenders Office
    405 West Congress Street, Suite 501
    Tucson, Arizona 85701

Transcribed by:

    Anni Bryan, RDR, CRR
    Official Court Reporter
    (520)205-4268

Proceedings digitally recorded
Transcript prepared by transcriptionist

**P R O C E E D I N G S**

\* \* \*

(Matters not related to Mr. Peralta-Vega's case are called.)

THE CLERK:  Government, please state your appearance once for the record.

MR. DEJOE:  Good morning, Your Honor.  Ryan DeJoe appearing on behalf of the United States.

THE COURT:  Thank you.  Good morning, Mr. DeJoe.

THE CLERK:  For all cases on the calendar, counsel, please state for whom you're appearing, if you filed a waiver, if the defendant is a Spanish or English speaker.

THE COURT:  Do us a favor and make sure you get in front of a microphone when you announce your appearance.

( Matters not related to Mr. Perlata-Vega's case are called.)

THE CLERK:  For Judge Zipps' cases:

(Matters not related to Mr. Perlata-Vega's case are called.)

THE CLERK:  338, Marco Antonio Peralta-Vega.

(Matters not related to Mr. Peralta-Vega's case are called.)

THE CLERK:  All on for arraignment.

(Attorneys not related to Mr. Peralta-Vega's case announce their appearance.)

1          MS. CASTILLO-REINA:  Yendi Castillo-Reina.  I am

2    present on behalf of Mr. Marco Antonio Peralta-Vega.  He is not

3    present.  A waiver, I believe, was just filed this morning.

4    And that's all.  He does speak Spanish.

5          THE COURT:  Thank you, Ms. Castillo.

6          (Attorneys not related to Mr. Peralta-Vega's case announce

7    their appearance.)

8          THE COURT:  Defense counsel, this is the time set for

9    the arraignments in these cases.  Has a copy of the indictment

10   been reviewed with these individuals?

11         (All defense counsel answer in the affirmative.)

12         THE COURT:  And aside from any corrections previously

13   noted, is their true name as it appears on the indictment?

14         (All defense counsel answer in the affirmative.)

15         THE COURT:  And do they waive a reading of the

16   indictment and ask the Court to enter a plea of not guilty?

17         (All defense counsel answer in the affirmative.)

18         THE COURT:  The Court will enter a plea of not guilty

19   as to all of these individuals and set the following dates:

20         (Dates not related to Mr. Peralta-Vega's case are

21   announced.)

22         THE COURT:  For everyone else, the plea deadline is

23   March 15, 2019, and trial is scheduled, again, on April 2,

24   2019, beginning at 9:30 a.m., before District Judge Zipps.

25         Counsel, anything further?

1           (All defense counsel answer in the negative.)

2           THE COURT:  Thank you very much for your help this

3    morning.  We appreciate it.

4        (The proceedings were adjourned.)

5                            *   *   *

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          **C E R T I F I C A T E**

2

3

4          I, Anni Bryan, court-approved transcriber, certify

5     that the foregoing is a correct transcript from the official

6     digital sound recording of the proceedings in the

7     above-entitled matter to the best of my ability.

8          Dated this 27th day of October 2021.

9

10

11                                    _____/s/Anni Bryan_____
                                     Anni Bryan, RDR, CRR
12                                    Official Court Reporter

13

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT